IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY T. McCARTHY, | : | Civil Action 2:05-CV-0108 |
| Plaintiff, | : | JUDGE HOLSCHUH |
| v. | : | MAGISTRATE JUDGE ABEL |
| MAITLAND PLACE, D.D.S. | : | |
| Defendant. | : | |

## NOTICE OF DEATH OF PLAINTIFF
## GREGORY T. McCARTHY

Pursuant to Fed Civ R. 25(a)(1), Defendant gives notice to this Court that Plaintiff Gregory T. McCarthy died on July 5, 2008.  Defendant is serving notification upon Angie Dresler as the next of kin for Mr. McCarthy

Respectfully submitted,

RICHARD CORDRAY
Ohio Attorney General

/s/ Lisa M. Eschbacher
LISA M. ESCHBACHER (0069673)
Assistant Attorney General
Criminal Justice Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233; (614) 728-9327 FAX
lisa.eschbacher@ohioattorneygeneral.gov
TRIAL COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Death of Plaintiff Gregory McCarthy** has been electronically filed with the Court on March 11, 2009. I also certify that a copy of the foregoing and the Notice of Filing have been sent via regular U.S. mail, postage prepaid, this same date to:

Angie Dresler
5168 Eastbend Drive
Canal Winchester, OH 43110

                                                 /s/ Lisa M. Eschbacher
                                                 LISA ESCHBACHER (0069673)
                                                 Assistant Attorney General